# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

INLAND LEASE AND RENTAL, INC.
d/b/a INLAND PACLEASE,

    Plaintiff,

v.                                                  Case No. 1:24-cv-00608-WJ-LF

DMG CONSULTING & DEVELOPMENT
INC. d/b/a GOLDCOAST LOGISTICS
a/k/a GOLD COAST LOGISTICS GROUP,
GOLDCOAST EXPEDITING INC.,
GOLDCOAST CARRIERS INC.,
GOLDCOAST FINANCIAL LLC,
GCG LOGISTICS INC.,
UNITED GLOBAL FREIGHT INC., and
1425 MADELINE LANE LLC,

    Defendants.

## MEMORANDUM OPINION AND ORDER HOLDING MOTION IN ABEYANCE

This matter comes before the Court on Plaintiff Inland Lease and Rental, Inc. d/b/a Inland PacLease's Motion for Leave to Serve Defendants by Alternative Method of Service and for an Enlargement of Time to Effect Service of Process, filed September 12, 2024 (Doc. 17). Having reviewed the motion, the Court holds the motion in abeyance until Inland PacLease demonstrates proof of attempted service at three additional addresses as discussed below.

### BACKGROUND AND LEGAL STANDARD

Federal Rule of Civil Procedure 4(e)(1) allows service upon an individual by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located . . . ." For this case, filed in the District of New Mexico, the law of the state of New Mexico governs service of process.

Under New Mexico law, "[p]rocess shall be served in a manner reasonably calculated, under all the circumstances, to apprise the defendant of the existence and pendency of the action and to afford a reasonable opportunity to appear and defend." NMRA 1-004(E). Specifically, service upon a corporation or LLC is to be made "to an officer, a managing or a general agent or to any other agent authorized by appointment, by law or by this rule to receive service of process." NMRA 1-004(G)(1)(a). The unserved entities in this case are Goldcoast Expediting, Inc.; United Global Freight, Inc.; Goldcoast Financial, LLC; GCG Logistics, Inc.; and Goldcoast Carriers, Inc. Searches with the Illinois Secretary of State indicate that the agent for Goldcoast Expediting, Inc., and United Global Freight, Inc., is Gabriela Sprinceana, Doc. 17-2; the agent for Goldcoast Financial, LLC, is Dragos Sprinceana, Doc. 17-12 at 1; the agent for GCG Logistics, Inc., is Gherghina Sprinceana, Doc. 17-12 at 3; and the agent for Goldcoast Carriers, Inc., is Marian Visan, Doc. 17-7 at 1.

<u>Gabriela Sprinceana</u>

The registered address associated with Ms. Sprinceana's name as agent of Goldcoast Expediting, Inc., was 1900 Plum Grove Rd., Apt. 1B, Rolling Meadows, IL 60008-1962. Doc. 17-2 at 1. Ms. Sprinceana also was listed as the president of that corporation with an address of 1600 Golf Rd. 1200, Rolling Meadows, IL 60008. *Id.* at 2. The registered address associated with Ms. Sprinceana's name as agent of United Global Freight, Inc., was 341 Dartmoor Ave., Romeoville, IL 60446-1691. *Id.* at 3.

On June 28, 2024, a licensed private investigator attempted to serve Ms. Sprinceana at the Plum Grove and Dartmoor addresses and was unsuccessful. Doc. 17-1 at 2; Doc. 17-6. The next day, the private investigator returned to the Plum Grove address, where a new resident relayed that Ms. Sprinceana had moved away and had not left a forwarding address. Doc. 17-1 at

2

2; Doc. 17-6. The private investigator also attempted service on the Dartmoor address and did not receive an answer at the door. Doc. 17-1 at 2; Doc. 17-6. The private investigator attempted service a third, fourth, fifth, and sixth time at the Dartmoor address on July 7, 12, 13, and 14, 2024, and did not receive answers at the door any of those times. Doc. 17-1 at 2; Doc. 17-6.  On August 13, 2024, FedEx delivered a service packet to the Dartmoor address, and another individual, S. Berneta, signed for it. Doc. 17-1 at 2; Doc. 17-15 at 9.

A background search of Gabriela Sprinceana revealed that her most current residence was 17686 Circle Pond Court, Boca Raton, Florida. Doc. 17-1 at 1. On August 13, 2024, FedEx delivered a service packet to this address and another individual, M. Falcon, signed for it. Doc. 17-15 at 8. The following day, the Palm Beach County Sheriff's Office confirmed that personal service was attempted at this address and process was left with Ms. Sprinceana's housemate, Georgina (possibly Gherghina Sprinceana). Doc. 17-1 at 2. On August 22, 2024, service was attempted again at the Circle Pond address via restricted delivery, meaning that "the packet would be delivered to the addressee only upon signature." *Id.* USPS confirmed the packet's delivery but "did not provide a signature or confirmation that Gabriela Sprinceana was the individual who received the packet." *Id.* On August 26, 2024, a service packet addressed to Ms. Sprinceana was delivered at this address. Doc. 17-15 at 24. It was signed for, but the signature is illegible, and no name is printed. *Id.* at 26.

Inland PacLease has not provided any documentation demonstrating any attempts to serve Ms. Sprinceana's Golf Road address, which was affiliated with her role as president of Goldcoast Expediting, Inc. *See* Doc. 17-2 at 2. Additionally, on August 22, 2024, Ms. Sprinceana registered a change in address in her role as agent of United Global Freight, Inc., to 100 Illinois

3

St., Ste. 200, St. Charles, IL 60174-1867. *Id.* at 3. Inland PacLease has not provided any documentation demonstrating any attempts to serve Ms. Sprinceana at the Illinois Street address.

Dragos Sprinceana[1]

The registered address associated with Mr. Sprinceana's name as agent for Goldcoast Financial, LLC, was 341 Dartmoor Ave., Romeoville, IL 60446. Doc. 17-12 at 1. Mr. Sprinceana is also listed as a manager for this company at the same address. *Id.* at 2. As discussed above, the private investigator attempted, without success, to deliver service at the Dartmoor address on June 28, June 29, July 7, July 12, July 13, and July 14, 2024. Doc. 17-6. On August 13, 2024, FedEx delivered a service packet addressed to Mr. Sprinceana to the Dartmoor address, and it was signed for by S. Berneta. Doc. 17-1 at 5; Doc. 17-15 at 6.[2]

A background search indicated that Mr. Sprinceana's most current residence was 17686 Circle Pond Court, Boca Raton, Florida. Doc. 17-1 at 4; Doc. 17-5 at 1. On August 13, 2024, FedEx delivered a service packet addressed to Mr. Sprinceana to the Circle Pond Court address, and it was signed for by M. Falcon. Doc. 17-1 at 5; Doc. 17-15 at 5. On August 26, 2024, a service packet addressed to Mr. Sprinceana was again delivered to the Circle Pond address. Doc. 17-15 at 22. It was signed for, but the signature is illegible, and no printed name is included. *Id.*

---

[1] The registered address associated with Mr. Sprinceana's name as agent for DMG Consulting & Development, Inc., was 1425 Madeline Ln., Elgin, IL 60124-7949. *Id.* at 4. He is also listed as the president and secretary of this company at the same address. *Id.* at 5. Finally, the registered address associated with Mr. Sprinceana's name as agent for 1425 Madeline Lane LLC is the same address, 1425 Madeline Lane, Elgin, IL 60124-7949. *Id.* at 6. He is listed as manager of this company at the same address. *Id.* at 7. Inland PacLease successfully served DMG Consulting & Development, Inc., and 1425 Madeline Lane LLC. Doc. 17 at 2 n.1. Accordingly, the Court does not discuss Mr. Sprinceana's role as agent for these entities.

[2] This package appears to have been sent to *340* (not 341) Dartmoor. Doc. 17-15 at 6. However, the private investigator's attempts to serve Mr. Sprinceana at the Dartmoor address were at the correct location. *See* Doc. 17-6.

4

at 26. On August 28, 2024, the Palm Beach County Sheriff's Office confirmed by phone that service on Mr. Sprinceana is still pending. Doc. 17-1 at 5.

Separately, Mr. Sprinceana is the president and CEO of GCG Logistics, Inc. Doc. 17-12 at 3. In this role, his address is listed as 1248 N 2nd Ave., Ste. G., Ajo, AZ 85321. *Id.* Additionally, the known place of business for this entity is listed as 7272 E Indian School Rd., Suite 540, Scottsdale, AZ 85251. *Id.* A process server attempted service on Mr. Sprinceana at the registered street address for GCG Logistics and "reported that the address was a virtual office/executive suite, and the receptionist reported that Dragos and Gherghina Sprinceana are never in the office." Doc. 17-1 at 4–5. The same process server also attempted service on the East Indian School Road address via the Arizona Secretary of State. *Id.;* Doc. 17-14. However, Inland PacLease has not provided any documentation demonstrating attempts to serve Mr. Sprinceana at the N 2nd Ave. address.

Gherghina Sprinceana

Gherghina Sprinceana, referred to by her full name to avoid confusion with Gabriela Sprinceana above, is the registered agent for GCG Logistics, Inc. Doc. 17-12 at 3. Her address associated with this role is 7272 E Indian School Rd., Suite 540, Scottsdale, AZ 85251. *Id.* As discussed above, service was attempted on this address by a process server and via the Arizona Secretary of State. Doc. 17-1 at 4–5; Doc. 17-14; 17-15 at 2.

Gherghina Sprinceana also is listed as the director, incorporator, and officer of GCG Logistics, Inc. Doc. 17-12 at 3. Her address in that capacity is 1248 N 2nd Ave, Ste G, Ajo, AZ 85321. *Id.* Inland PacLease has not provided any documentation demonstrating attempts to serve Gherghina Sprinceana at the N 2nd Ave. address.

Marian Visan

Marian Visan is the agent for Goldcoast Carriers, Inc. Doc. 17-7 at 1. He is also the president and secretary of this organization. *Id.* at 2. His listed address for all these roles is the same: 350 S. Northwest Hwy., Ste. 300, Park Ridge, IL 60068. *Id.* at 1–2. On June 28, 2024, a private investigator attempted to serve him at this address; the private investigator spoke with an office manager who reported that "they no longer accept service for the company in question." Doc. 17-6. On August 13, 2024, FedEx delivered a process package to this address, and it was signed for by R. Ryca. Doc. 17-1 at 3; Doc. 17-15 at 13. On August 26, 2024, a service packet was delivered to this address. Doc. 17-1 at 3; Doc. 17-15 at 14–15.

A background search of Mr. Visan revealed that his most recent address was 4922 N. Kedzie Avenue, Apt. 2E, Chicago, Illinois. Doc. 17-1 at 3. It indicated that previously, Mr. Visan also resided at the Dartmoor and Circle Pond Court addresses discussed earlier. *Id.* A FedEx delivery at the Kedzie address was attempted on August 14, 2024, but FedEx reported that the address was incorrect and delivery was delayed. *Id.*; *see also* Doc. 17-15 at 10. On August 25, 2024, U.S.P.S. delivery was attempted at the same address and was delayed with no additional explanation. Doc. 17-1 at 3; Doc. 17-15 at 20. On August 28, 2024, the Cook County Sheriff's Office attempted personal service but could not complete it because the main door was locked, and the directory was broken. Doc. 17-1 at 3; Doc. 17-11; Doc. 17-15 at 1.

On June 27, 2024, service was attempted on Mr. Visan at 363 N Grace St., Lombard, IL 60148.[3] Doc. 17-9 at 2. Mr. Visan's sister accepted it. *Id.* On August 17, 2024, the DuPage County Sheriff attempted service at the same address and "was informed by Mr. Visan's

---

[3] It appears that Mr. Visan's relatives live at this address. *See* Doc. 17 at 5–6.

roommate that Mr. Visan is an over-the-road truck driver and would not be returning for two weeks." Doc. 17-1 at 3; Doc. 17-10.

## ANALYSIS

The Court has no doubt that Inland PacLease has made extensive efforts at service on all possible agents for the defendant entities. However, a few avenues remain open. Namely, 1) Gabriela Sprinceana's Illinois Street[4] and Golf Road[5] addresses, 2) Dragos Sprinceana's N 2nd Avenue[6] address, and 3) Gherghina Sprinceana's N 2nd Avenue[7] address. Before the Court permits alternative service, it will require attempts to serve at these addresses. Accordingly, the Court holds this motion in abeyance and orders Inland PacLease to file an update regarding its attempts to serve these addresses within thirty (30) days of the entry of this Memorandum Opinion and Order.

It is so ordered.

_____
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE

---

[4] 100 Illinois St., Suite 200, Saint Charles, Illinois 60174-1867. Doc. 17-2 at 3.

[5] 1600 Golf Rd. 1200, Rolling Meadows, IL 60008. Doc. 17-2 at 2.

[6] 1248 N. 2nd Ave., Ste. G, Ajo, AZ 85321. Doc. 17-12 at 3.

[7] 1248 N. 2nd Ave., Ste. G, Ajo, AZ 85321. Doc. 17-12 at 3.