IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INLAND LEASE AND RENTAL, INC. d/b/a
Inland PacLease,

          Plaintiff,

v.                                    Case No. 1:24-cv-00608-WJ-LF

DMG CONSULTING & DEVELOPMENT,
INC. d/b/a GOLDCOAST LOGISTICS a/k/a
GOLDCOAST LOGISTICS GROUP,
GOLDCOAST EXPEDITING INC.,
GOLDCOAST CARRIERS INC.,
GOLDCOAST FINANCIAL LLC, GCG
LOGISTICS INC., UNITED GLOBAL
FREIGHT INC., and 1425 MADELINE LANE
LLC,

          Defendants.

## AMENDED FINAL JUDGMENT AGAINST
## DEFENDANT DMG CONSULTING & DEVELOPMENT, INC.

**THIS MATTER** having come before the Court on Plaintiff's Motion for Entry of Final Judgment against Defendant, DMG Consulting & Development, Inc., **[Doc. 42]** and Plaintiff's Complaint for Breach of Contract and Damages **[Doc. 1]**, the Plaintiff Inland Lease and Rental, Inc., appearing through its counsel of record, the Defendant, DMG Consulting & Development, Inc., having been properly served and failed to answer or otherwise plead within the time required **[Doc. 6; Doc. 8; Doc. 10; Doc. 13; Doc. 15-1; Doc. 15-2]**, the Clerk having entered its Clerk's Entry of Default **[Doc. 11]**, the Court having entered its Default Judgment against Defendant DMG Consulting & Development, Inc. **[Doc. 38; Doc. 41]**, and this Court having

reviewed the pleadings and being well and sufficiently advised in the premises thereto, **FINDS** that:

1.      On March 24, 2025, the Court entered a Default Judgment on all claims brought by Plaintiff, Inland Lease and Rental, Inc., against Defendant, DMG Consulting & Development, Inc. **[Doc. 38]**;

2.      There are claims against other parties that remain in this case. However, such claims are distinct from Plaintiff's claims against Defendant, DMG Consulting & Development, Inc., which have been resolved in favor of Plaintiff pursuant to the Default Judgment **[Doc. 38]**; and

3.      Pursuant to the requirements of Fed. R. Civ. P. 54(b), there is no just reason for delay of entry of final judgment in favor of Plaintiff, Inland Lease and Rental, Inc., and against Defendant, DMG Consulting & Development, Inc.

   **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT**

Plaintiff Inland Lease and Rental, Inc. be and hereby is granted a **JUDGMENT** against the Defendant, DMG Consulting & Development, Inc., in the amount of **$1,292,347.80**, the indebtedness owed pursuant to Plaintiff's Complaint for Breach of Contract and Damages **[Doc. 1]**, together with accrued interest, up to and through March 24, 2025, the date of the Default Judgment, at a rate of 1.5 % per month, plus continuing post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961(a), until paid in full pursuant to the terms of said Contract; plus an additional amount for reasonable attorneys' fees and costs in the amount of **$16,137.92**.

The Court directs the Clerk to enter this **FINAL JUDGMENT** in favor of Plaintiff,

Inland Lease and Rental, Inc. on all claims against Defendant, DMG Consulting & Development,

Inc.

_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE